## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re USA COMMERCIAL MORTGAGE CO., | ) ) ) | |
| Debtor. | ) ) | |
| | ) | Case No. 2:14-cv-00455-RCJ-PAL |
| USACM LIQUIDATING TRUST, | ) ) | Adv. No. 08-ap-01066-LBR |
| | ) | Bankr. No. 06-bk-10725-LBR |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| COMPASS USA SPE, LLC et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

The Bankruptcy Court recommended withdrawal of the reference in this adversary proceeding arising out of the failure of Defendants to comply with certain writs of garnishment. No party timely objected. The Court withdrew the reference but stayed the proceeding pending the outcome of a related interpleader action brought by the garnishees. The Court has dismissed the interpleader action for lack of subject matter jurisdiction.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the stay is LIFTED.

IT IS FURTHER ORDERED that the parties shall file a joint status report within

fourteen (14) days of the entry of this Order into the electronic docket.  Failure to comply may

result in dismissal for failure to prosecute without further notice.

IT IS SO ORDERED.

Dated:  This 24th day of March, 2015.

_____
ROBERT C. JONES
United States District Judge